UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ULZ, CONRAD § Case No. 05-01818
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*


     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_, for a total compensation of $ \_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_, and now requests reimbursement for expenses of $ \_\_\_\_, for total expenses of $ \_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 05-01818   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ULZ, CONRAD | Date Filed (f) or Converted (c): | 01/20/05 (f) |
| | | 341(a) Meeting Date: | 03/03/05 |
| For Period Ending: 04/26/11 | | Claims Bar Date: | 03/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 150,000.00 | 20,000.00 | | 0.00 | 20,000.00 |
| 2. CHECKING | 350.00 | 0.00 | | 0.00 | FA |
| 3. PARTNERSHIP INTEREST IN ULZ FAMILY LIMITED | 3,000.00 | 4,000.00 | | 0.00 | FA |
| 4. VEHICLE | 12,000.00 | 0.00 | | 0.00 | FA |
| 5. PARTNERSHIP (u) | 0.00 | 250,000.00 | | 250,834.36 | FA |
| 6. PARTNERSHIP INTEREST IN CMR MORTGAGE LIMITED | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7. PARTNERSHIP INTEREST IN U-MARC LIMITED | 900.00 | 900.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,105.32 | Unknown |

TOTALS (Excluding Unknown Values)   $169,250.00   $277,900.00   $253,939.68

Gross Value of Remaining Assets
$20,000.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING VALUE OF REAL ESTATE.  TRUSTEE IS FOLLOWING OUTCOME OF ADVERSARY COMPLAINT TO LOCATE POSSIBLE ASSETS.  DEBTORS DISCHARGE WAS DENIED.  TRUSTEE TO EMPLOY SPECIAL COUNSEL TO PURSUE ASSETS.  MOTION FOR TURNOVER HAS BEEN FILED AND BEING ACTIVELY LITIGATED.  FUNDS HAVE BEEN TURNED OVER TO TRUSTEE WITH MORE LITIGATION TO FOLLOW. ADVERSARY COMPLAINT HAS BEEN FILED AND IS BEING CONTESTED. LITIGATION CONTINUES.  OBJECTION TO CLAIM OF LARGEST CREDITOR FILED BY DEBTOR.  THIS CASE WILL PROBABLY BE APPEALED NO MATTER WHAT SIDE WINS.  TRUSTEE LOST AND SPECIAL COUNSEL HAS APPEALED.  APPEAL WAS DENIED.  A NEW PARTY HAS FILED A LATE CLAIM WHICH IS BEING INVESTIGATED.  SETTLEMENT IS BEING REACHED ON LATE CLAIM FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/31/06      Current Projected Date of Final Report (TFR): 02/28/11

Case 05-01818 Doc 164 Filed 06/02/11 Entered 06/02/11 19:56:25 Desc Main
Document Page 4 of 10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-01818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ULZ, CONRAD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6702 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4333 | | | |
| For Period Ending: | 04/26/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/06 | 5 | Mary Ann Ulz | Turnover of funds per Court Order | 1229-000 | 250,834.36 | | 250,834.36 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.37 | | 250,853.73 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 212.65 | | 251,066.38 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 192.60 | | 251,258.98 |
| 03/01/07 | 000301 | International Sureties, Ltd. | Bond premium | 2300-000 | | 202.29 | 251,056.69 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 213.39 | | 251,270.08 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 206.54 | | 251,476.62 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 213.58 | | 251,690.20 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 206.86 | | 251,897.06 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 213.95 | | 252,111.01 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 214.12 | | 252,325.13 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 160.72 | | 252,485.85 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 160.84 | | 252,646.69 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 134.98 | | 252,781.67 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 120.85 | | 252,902.52 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 100.20 | | 253,002.72 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 60.14 | | 253,062.86 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 223.23 | 252,839.63 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 59.80 | | 252,899.43 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 51.82 | | 252,951.25 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 32.13 | | 252,983.38 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 31.11 | | 253,014.49 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 32.15 | | 253,046.64 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 32.15 | | 253,078.79 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 31.12 | | 253,109.91 |

Page Subtotals    253,535.43    425.52

UST Form 101-7-TFR (10/1/2010) (Page: 4)
LFORM24
Ver: 16.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-01818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ULZ, CONRAD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6702 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4333 | | | |
| For Period Ending: | 04/26/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 24.55 | | 253,134.46 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 20.75 | | 253,155.21 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 14.67 | | 253,169.88 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 6.44 | | 253,176.32 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 5.83 | | 253,182.15 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 207.81 | 252,974.34 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 6.45 | | 252,980.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.55 | | 252,995.34 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 253,010.38 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.56 | | 253,024.94 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 253,039.98 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 253,055.02 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.56 | | 253,069.58 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 253,084.62 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.57 | | 253,099.19 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.05 | | 253,114.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.05 | | 253,129.29 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 13.59 | | 253,142.88 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 300.93 | 252,841.95 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.05 | | 252,857.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.55 | | 252,871.55 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.03 | | 252,886.58 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.55 | | 252,901.13 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.03 | | 252,916.16 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 252,931.20 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.55 | | 252,945.75 |

Page Subtotals 344.58 508.74

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

Ver: 16.02b

LFORM24

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-01818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ULZ, CONRAD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6702 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4333 | | | |
| For Period Ending: | 04/26/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 252,960.79 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 14.55 | | 252,975.34 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 252,990.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 15.04 | | 253,005.42 |
| 03/29/11 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 123.81 | 252,881.61 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 253,939.68 | 1,058.07 | 252,881.61 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 253,939.68 | 1,058.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 253,939.68 | 1,058.07 | |

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6702 | 253,939.68 | 1,058.07 | 252,881.61 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 253,939.68 | 1,058.07 | 252,881.61 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 59.67 123.81

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

LFORM24

Ver: 16.02b

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-01818 | | Page 1 | | Date: April 26, 2011 |
| Debtor Name: | ULZ, CONRAD | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol | Administrative | | $6,678.50 | $0.00 | $6,678.50 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $123.81 | $123.81 | $0.00 |
| 000001 | C & R Mortgage Corporation<br>c/o R. Cybak & Associates<br>100 W. Monroe, Suite 800<br>Chicago, IL 60603 | Unsecured | | $307,937.48 | $0.00 | $307,937.48 |
| 000002<br>070<br>7100-00 | Mary Ann Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1025<br>Chicago, Illinois 60604 | Unsecured | | $67,824.35 | $0.00 | $67,824.35 |
| 000003<br>070<br>7100-00 | Rebecca Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, Illinois 60604 | Unsecured | | $67,824.36 | $0.00 | $67,824.36 |
| 000004<br>080<br>7200-00 | Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.o. Box 785053<br>Orlando, FL 32878-5053 | Unsecured | | $11,793.69 | $0.00 | $11,793.69 |
| 000005<br>080<br>7200-00 | iFreedom Direct Corporation<br>N Neville Reid<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 West Madison Street, Ste 3000<br>Chicago, Il 60606 | Unsecured | | $90,000.00 | $0.00 | $90,000.00 |
| | Case Totals: | | | $552,182.19 | $123.81 | $552,058.38 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGISTR  UST Form 101-7-TFR (10/1/2010) *(Page: 7)*                                           Printed: 04/26/11 11:13 AM   Ver: 16.02b

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-01818
Case Name: ULZ, CONRAD
Trustee Name: JOSEPH E. COHEN

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Mary Ann Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1025<br>Chicago, Illinois 60604 | $ | $ | $ |
| 000003 | Rebecca Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, Illinois 60604 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.o. Box 785053<br>Orlando, FL 32878-5053 | $ | $ | $ |
| 000005 | iFreedom Direct Corporation<br>N Neville Reid<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 West Madison Street, Ste 3000<br>Chicago, Il 60606 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance                                          $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE