UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ULZ, CONRAD | § | Case No. 05-01818 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 06/24/2011 in Courtroom B,
    Park City Branch Court
    301 Greenleaf Avenue
    Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                                                                    Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ULZ, CONRAD § Case No. 05-01818
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 253,939.68 |
| and approved disbursements of | $ | 1,058.07 |
| leaving a balance on hand of[1] | $ | 252,881.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 8,726.51 | $ 0.00 | $ 8,726.51 |
| Trustee Expenses: JOSEPH E. COHEN | $ 34.20 | $ 0.00 | $ 34.20 |
| Attorney for Trustee Fees: Cohen & Krol | $ 6,678.50 | $ 0.00 | $ 6,678.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 123.81 | $ 123.81 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 15,439.21 |
| Remaining Balance | | $ | 237,442.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,648.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Mary Ann Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1025<br>Chicago, Illinois 60604 | $ 67,824.35 | $ 0.00 | $ 67,824.35 |
| 000003 | Rebecca Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, Illinois 60604 | $ 67,824.36 | $ 0.00 | $ 67,824.36 |

Total to be paid to timely general unsecured creditors        $        135,648.71

Remaining Balance                                              $        101,793.69

Tardily filed claims of general (unsecured) creditors totaling $ 101,793.69  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.o. Box 785053<br>Orlando, FL 32878-5053 | $ 11,793.69 | $ 0.00 | $ 11,793.69 |
| 000005 | iFreedom Direct Corporation<br>N Neville Reid<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 West Madison Street, Ste 3000<br>Chicago, Il 60606 | $ 90,000.00 | $ 0.00 | $ 90,000.00 |

Total to be paid to tardy general unsecured creditors    $   101,793.69

Remaining Balance    $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Conrad Ulz  
    Debtor

Case No. 05-01818-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: preed     Page 1 of 1     Date Rcvd: Jun 03, 2011  
Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2011.

```
db          +Conrad Ulz,   1017 Dover Court,   Libertyville, IL 60048-3509
aty         +Daniel K. Sinclair,   4170 Old Grand Avenue,   Gurnee, IL 60031-2706
aty         +David W Cybak,   R. Cybak & Associates,   100 W Monroe,   Suite 800,   Chicago, IL 60603-1919
tr          +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
11056257    +C & R Mortgage Corporation,   c/o R. Cybak & Associates,   100 W. Monroe, Suite 800,
              Chicago, IL 60603-1919
8869788     +Capital One Bank,   PO Box 85520,   Richmond, VA 23285-5520
8869790     +Marshall Fields,   111 Boulder Industrial Dr,   Bridgeton MO 63044-1241
11235065    +Mary Ann Ulz,   c/o Joel A. Schechter, Esq.,   53 West Jackson Boulevard,   Suite 1025,
              Chicago, Illinois 60604-3650
8869791     +New Freedom Mortgage/ C & R Mor,   c/o Robert Cybak & Assoc,   33 N LaSalle St SU 1930,
              Chicago, IL 60602-2603
8869786     +Ocwen Federal Bank,   12650 Inginuity Dr,   Orlando FL 32826-2703
13748629     Ocwen Loan Servicing, LLC,   Attn: Cashiering Department,   P.o. Box 785053,
              Orlando, FL 32878-5053
11235066    +Rebecca Ulz,   c/o Joel A. Schechter, Esq.,   53 West Jackson Boulevard,   Suite 1442,
              Chicago, Illinois 60604-3536
8869787     +Toyota Motor Credit,   1111 W 22nd St,   Oak Brook IL 60523-1940
15867837    +iFreedom Direct Corporation,   N Neville Reid,   Fox Hefter Swibel Levin & Carroll LLP,
              200 West Madison Street, Ste 3000,   Chicago, Il 60606-3417
15152344    +iFreedom Direct Corporation,   Attn Richard W Bailey,   2363 S Foothill Drive,
              Salt Lake City, UT 84109-1458
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
8869789      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47    Discover Financial,
              PO Box 15316,   Wilmington DE 19850
                                                                                             TOTAL: 1
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty          David Cybak
aty*        +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**          **Signature:** *Joseph Speetjens*