UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ULZ, CONRAD § Case No. 05-01818
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on                . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | C & R MORTGAGE CORPORATION | | | | | |
| 000002 | MARY ANN ULZ | | | | | |
| 000003 | REBECCA ULZ | | | | | |
| 000005 | IFREEDOM DIRECT CORPORATION | | | | | |
| 000004 | OCWEN LOAN SERVICING, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-01818 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ULZ, CONRAD | | Date Filed (f) or Converted (c): | 01/20/05 (f) |
| | | | 341(a) Meeting Date: | 03/03/05 |
| For Period Ending: | 03/21/12 | | Claims Bar Date: | 03/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 150,000.00 | 20,000.00 | | 0.00 | 0.00 |
| 2. CHECKING | 350.00 | 0.00 | | 0.00 | FA |
| 3. PARTNERSHIP INTEREST IN ULZ FAMILY LIMITED | 3,000.00 | 4,000.00 | | 0.00 | FA |
| 4. VEHICLE | 12,000.00 | 0.00 | | 0.00 | FA |
| 5. PARTNERSHIP (u) | 0.00 | 250,000.00 | | 250,834.36 | FA |
| 6. PARTNERSHIP INTEREST IN CMR MORTGAGE LIMITED | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7. PARTNERSHIP INTEREST IN U-MARC LIMITED | 900.00 | 900.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,105.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $169,250.00          $277,900.00          $253,939.68          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING VALUE OF REAL ESTATE. TRUSTEE IS FOLLOWING OUTCOME OF ADVERSARY COMPLAINT TO LOCATE POSSIBLE ASSETS. DEBTORS DISCHARGE WAS DENIED. TRUSTEE TO EMPLOY SPECIAL COUNSEL TO PURSUE ASSETS. MOTION FOR TURNOVER HAS BEEN FILED AND BEING ACTIVELY LITIGATED. FUNDS HAVE BEEN TURNED OVER TO TRUSTEE WITH MORE LITIGATION TO FOLLOW. ADVERSARY COMPLAINT HAS BEEN FILED AND IS BEING CONTESTED. LITIGATION CONTINUES. OBJECTION TO CLAIM OF LARGEST CREDITOR FILED BY DEBTOR. THIS CASE WILL PROBABLY BE APPEALED NO MATTER WHAT SIDE WINS. TRUSTEE LOST AND SPECIAL COUNSEL HAS APPEALED. APPEAL WAS DENIED. A NEW PARTY HAS FILED A LATE CLAIM WHICH IS BEING INVESTIGATED. SETTLEMENT IS BEING REACHED ON LATE CLAIM FILED IN THIS CASE. TRUSTEE HAS FILED A FINAL REPORT AND A DISTRIBUTION MADE. TRUSTEE TO FILE HIS FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 12/31/06          Current Projected Date of Final Report (TFR): 02/28/11

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-01818 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ULZ, CONRAD | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6702  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4333 | | | |
| For Period Ending: | 03/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/06 | 5 | Mary Ann Ulz | Turnover of funds per Court Order | 1229-000 | 250,834.36 | | 250,834.36 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 19.37 | | 250,853.73 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 212.65 | | 251,066.38 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 192.60 | | 251,258.98 |
| 03/01/07 | 000301 | International Sureties, Ltd. | Bond premium | 2300-000 | | 202.29 | 251,056.69 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 213.39 | | 251,270.08 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 206.54 | | 251,476.62 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 213.58 | | 251,690.20 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 206.86 | | 251,897.06 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 213.95 | | 252,111.01 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 214.12 | | 252,325.13 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 160.72 | | 252,485.85 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 160.84 | | 252,646.69 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 134.98 | | 252,781.67 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 120.85 | | 252,902.52 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 100.20 | | 253,002.72 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 60.14 | | 253,062.86 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 223.23 | 252,839.63 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 59.80 | | 252,899.43 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 51.82 | | 252,951.25 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 32.13 | | 252,983.38 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 31.11 | | 253,014.49 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 32.15 | | 253,046.64 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 32.15 | | 253,078.79 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 31.12 | | 253,109.91 |

Page Subtotals      253,535.43      425.52

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-01818 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ULZ, CONRAD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6702 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4333 | | |
| For Period Ending: | 03/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 24.55 | | 253,134.46 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 20.75 | | 253,155.21 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 14.67 | | 253,169.88 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 6.44 | | 253,176.32 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 5.83 | | 253,182.15 |
| 02/28/09 | 000303 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 207.81 | 252,974.34 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 6.45 | | 252,980.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.55 | | 252,995.34 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 253,010.38 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.56 | | 253,024.94 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 253,039.98 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 253,055.02 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.56 | | 253,069.58 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 253,084.62 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.57 | | 253,099.19 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.05 | | 253,114.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.05 | | 253,129.29 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 13.59 | | 253,142.88 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 300.93 | 252,841.95 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.05 | | 252,857.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.55 | | 252,871.55 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.03 | | 252,886.58 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.55 | | 252,901.13 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.03 | | 252,916.16 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 252,931.20 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.55 | | 252,945.75 |

Page Subtotals         344.58        508.74

Ver: 16.05d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-01818 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | ULZ, CONRAD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6702  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4333 | | |
| For Period Ending: | 03/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 252,960.79 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 14.55 | | 252,975.34 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 252,990.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.04 | | 253,005.42 |
| 03/29/11 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 123.81 | 252,881.61 |
| 06/23/11 | | Transfer to Acct #*******1854 | Final Posting Transfer | 9999-000 | | 252,881.61 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 253,939.68 | 253,939.68 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 252,881.61 | |
| Subtotal | 253,939.68 | 1,058.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 253,939.68 | 1,058.07 | |

Page Subtotals     59.67     253,005.42

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-01818 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ULZ, CONRAD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1854  BofA - Checking Account |
| Taxpayer ID No: | *******4333 | | |
| For Period Ending: | 03/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/23/11 | | Transfer from Acct #*******6702 | Transfer In From MMA Account | 9999-000 | 252,881.61 | | 252,881.61 |
| 06/30/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 8,726.51 | 244,155.10 |
| 06/30/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 34.20 | 244,120.90 |
| 06/30/11 | 003003 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 4,452.33 | 239,668.57 |
| 06/30/11 | 003004 | Joseph E. Cohen | Attorney fees per court order | 3110-000 | | 2,226.17 | 237,442.40 |
| 06/30/11 | 003005 | Mary Ann Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1025<br>Chicago, Illinois 60604 | Claim 000002, Payment 100.00000% | 7100-000 | | 67,824.35 | 169,618.05 |
| 06/30/11 | 003006 | Rebecca Ulz<br>c/o Joel A. Schechter, Esq.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, Illinois 60604 | Claim 000003, Payment 100.00000% | 7100-000 | | 67,824.36 | 101,793.69 |
| * 06/30/11 | 003007 | Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.o. Box 785053<br>Orlando, FL 32878-5053 | Claim 000004, Payment 100.00000% | 7200-004 | | 11,793.69 | 90,000.00 |
| 06/30/11 | 003008 | iFreedom Direct Corporation<br>N Neville Reid<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 West Madison Street, Ste 3000 | Claim 000005, Payment 100.00000%<br>(5-1) Judgment as basis for<br>claim<br>(5-2) Modified on 7/20/2010 to correct creditor's | 7200-000 | | 90,000.00 | 0.00 |

Page Subtotals     252,881.61     252,881.61

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-01818 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ULZ, CONRAD | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1854  BofA - Checking Account |
| Taxpayer ID No: | *******4333 | | |
| For Period Ending: | 03/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/02/11 | 003007 | Chicago, Il 60606<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.o. Box 785053<br>Orlando, FL 32878-5053 | address (ah)<br>Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7200-004 | | -11,793.69 | 11,793.69 |
| 08/03/11 | 003009 | Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.O. Box 24781<br>West Palm Beach, FL 33416-4781 | Claim 000004, Payment 100.00000% | 7200-000 | | 11,793.69 | 0.00 |

```
                                        COLUMN TOTALS               252,881.61        252,881.61            0.00
                              Less:  Bank Transfers/CD's             252,881.61              0.00
                                              Subtotal                    0.00         252,881.61
                              Less:  Payments to Debtors                                      0.00
                                                   Net                    0.00         252,881.61
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6702 | 253,939.68 | 1,058.07 | 0.00 |
| BofA - Checking Account - ********1854 | 0.00 | 252,881.61 | 0.00 |
| | 253,939.68 | 253,939.68 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*